CATHERINE BUTLER, as Administratrix, etc., of CHARLES BUTLER, Deceased, Appellant, v. KENNY BROS., INC., TAYLOR-FICHTER STEEL CONSTRUCTION Co., INC., and PIETROWSKI & KONOP Co., Respondents.— As to defendants Taylor-Fichter Steel Construction Co., Inc., and Pietrowski & Konop Co., judgment unanimously affirmed, with costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ. As to defendant Kenny Bros., Inc., judgment reversed on the law and a new trial granted, costs to appellant to abide the event, the court being of opinion that sufficient facts were shown to require a determina-

tion by the jury. Lazansky, P. J., Hagarty, Carswell and Davis, JJ., concur; Scudder, J., dissents and votes to affirm.